# *Michael Faillace & Associates, P.C.*

60 East 42nd Street
Suite 4510
New York, NY 10165

Ph:(212) 317-1200          Fax:(212) 317-1620

Israel Apolezi                                                                    June 28, 2021

File #:     √YBagels&Caf

**Attention:**                                                        Inv  #:        Sample

**RE:**

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Sep-04-20 | did clients  intake and sent it to for MF for review | 2.10 | 262.50 | PL |
|  | sent retainer and consent to Jorge | 0.10 | 12.50 | PL |
|  | created a pc law | 0.10 | 12.50 | PL |
|  | Initial interview with client, explaining his rights and obligations | 1.10 | 137.50 | PL |
|  | Drafting document in preparation for litigation and arranging client's signature | 0.40 | 50.00 | PL |
|  | Helped client sign and understand the terms of the retainer | 0.40 | 50.00 | PL |
|  | interviewed new client (Israel Apolezi) and prepared retainer | 1.90 | 237.50 | PL |
| Sep-08-20 | Preparing document for client's signature, meeting with client instructing him how to sign | 0.40 | 50.00 | PL |
| Sep-09-20 | interviewed new client and advised him on his rights and obligations;  sent intake to CS with directions as to the documents we need to prepare to start the litigation | 0.90 | 405.00 | MF |

| Date | Description | Hours | Amount | Staff |
|---|---|---|---|---|
| | interviewed new client and advised him on his rights and obligations;  sent intake to CS with directions as to the documents we need to prepare to start the litigation | 0.90 | 405.00 | MF |
| | Intake for Jose Alejandro Molina Luna | 0.90 | 112.50 | PL |
| Sep-10-20 | scanned and saved bertin signed retainer and consent | 0.10 | 12.50 | PL |
| Sep-11-20 | Discussed the facts of the case with paralegal and agreed to work with her on drafting the complaint | 0.30 | 135.00 | MF |
| Oct-20-20 | reviewed and corrected the complaint;  sent complaint to IG with directions as to the next steps we need to take in the litigation | 1.90 | 855.00 | MF |
| Nov-10-20 | reviewed complaint filed in court;  directed staff to update case chart ;  filed notice in the proper folder for future reference | 0.30 | 135.00 | MF |
| Nov-12-20 | Reviewed court notices of appointment of judge and magistrate;  directed staff to update case chart ;  filed notices in the proper folder for future reference | 0.40 | 180.00 | MF |
| Nov-13-20 | Review file and docket. | 0.40 | 140.00 | CE |
| Nov-27-20 | reviewed affidavits of service filed in court;  directed staff to update case chart ;  filed affidavits in the proper folder for future reference | 0.30 | 135.00 | MF |
| Dec-04-20 | confirmed that the case is filed | 0.10 | 45.00 | MF |
| Dec-08-20 | Review email from Defendant Son. | 0.10 | 35.00 | CE |
| | Draft email top Defendant Son. | 0.20 | 70.00 | CE |
| | Preparation  waiver of service for Defendant Chon. | 0.30 | 105.00 | CE |
| Dec-09-20 | Review and file executed waiver of service. | 0.30 | 105.00 | CE |
| Jan-11-21 | Revise damage calculations. | 3.20 | 1,120.00 | CE |

| | | | | |
|---|---|---|---|---|
| Feb-01-21 | Email ccorrespondence with opposing counsel. | 0.30 | 105.00 | CE |
| | Review and approvve stipulation. | 0.10 | 35.00 | CE |
| Mar-22-21 | Phone call with opposing cousnel and mediator. | 0.70 | 245.00 | CE |
| | Proof and revise damage calculations. | 0.50 | 175.00 | CE |
| | Finalize damages. | 1.00 | 350.00 | CE |
| | Email correspondence with opposing counsel and mediator. | 0.20 | 70.00 | CE |
| Apr-22-21 | Preparation  damage calculations hypotheticals, mediation statement. | 1.50 | 525.00 | CE |
| | Review documents from defendants. | 3.20 | 1,120.00 | CE |
| Apr-26-21 | Preparation  for mediation. | 0.60 | 210.00 | CE |
| | Attend mediation. | 4.50 | 1,575.00 | CE |
| Apr-29-21 | First draft of settlement agreement. | 1.70 | 595.00 | CE |
| | Draft email to opposing counsel. | 0.20 | 70.00 | CE |
| May-05-21 | Revise settlement agreement. | 0.30 | 105.00 | CE |
| | Coordinate settlement signatures. | 0.20 | 70.00 | CE |
| May-11-21 | Review emails and document from opposing counsel. | 0.30 | 105.00 | CE |
| May-12-21 | Email correspondence with opposing counsel. | 0.20 | 70.00 | CE |
| | Consult with MF. | 0.10 | 35.00 | CE |
| Jun-07-21 | Email correspondence with opposing counsel. | 0.20 | 70.00 | CE |
| | Consult with  MF. | 0.10 | 35.00 | CE |
| | Totals | 33.00 | $10,372.50 | |

**DISBURSEMENTS**

| | | |
|---|---|---:|
| Nov-10-20 | Filing fee. | 400.00 |
| Nov-17-20 | Service on Joo S. Chon | 50.00 |
| | Service on Pyong Su Son | 50.00 |
| | Service on NYU Bagels & Cafe | 70.00 |
| | Service on NY Bagels Eatery | 70.00 |
| | Totals | $640.00 |

**Total Fee & Disbursements**                               **$11,012.50**

**Balance Now Due**                               **$11,012.50**