USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BERTIN DOMINGUEZ, et al.,

                Plaintiffs,

       - against -

NEW YORK BAGELS EATERY INC., et al.

                Defendants.
-------------------------------------------------------------X

20-CV-9427 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On August 23, 2021, at Plaintiff's request, this case was re-opened so that Plaintiff could file for default judgment against certain defendants. (Dkt. 32.) Almost a full year has elapsed with no further action by Plaintiff. Accordingly, by **August 25, 2022**, Plaintiff shall either file a motion for default judgment (subject to first obtaining a certificate of default) or file a request to close the case. Absent a response from Plaintiff, the Court will close the case for failure to prosecute.

                                           SO ORDERED.

                                           _____
                                           ROBERT W. LEHRBURGER
                                           UNITED STATES MAGISTRATE JUDGE

Dated:      August 11, 2022
             New York, New York

Copies transmitted to all counsel of record.