```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BERTIN DOMINGUEZ, et al.,

               Plaintiffs,

     - against -

NEW YORK BAGELS EATERY INC., et al.

               Defendants.
------------------------------------------------------------X

20-CV-9427 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     Pursuant to this Court's order at Dkt. 36, and Plaintiff's letter submitted at Dkt. 37, this case shall be terminated without prejudice. The Clerk of Court is respectfully requested to close the case.

                           SO ORDERED.

                           _____
                           ROBERT W. LEHRBURGER
                           UNITED STATES MAGISTRATE JUDGE

Dated:     August 25, 2022
             New York, New York

Copies transmitted to all counsel of record.